**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1314**

DARRYL E. ROBINSON,

　　　　　　Plaintiff - Appellant,

　　　v.

G. E. AVIATION,

　　　　　　Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.   W. Earl Britt, Senior District Judge.  (7:10-cv-00240-BR)

Submitted:  May 31, 2012　　　　　　Decided:  June 5, 2012

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darryl E. Robinson, Appellant Pro Se.  G. Randall Ayers, Raymond L. Walther, FROST BROWN TODD, LLC, Cincinnati, Ohio, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darryl E. Robinson appeals the district court's order denying relief on his claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. § 2000e to 2000e-17 (West 2003 & Supp. 2011). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Robinson v. G.E. Aviation, No. 7:10-cv-00240-BR (E.D.N.C. Feb. 24, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED